JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TREVELL COUSER, | Case No. EDCV 11-0894-DDP (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| L. DONALDSON, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 30, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1